UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IVETTE CLARKE,

                    Plaintiff,

  against                              CIVIL ACTION NO.:  20 Civ. 2377 (LGS) (SLC)

                                                              **ORDER**

ANDREW M. SAUL, Commissioner of Social Security,

                    Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

On March 19, 2020, Plaintiff's counsel requested issuance of summons.  (ECF No. 2). On April 20, 2020, the Court granted Plaintiff's request to proceed in forma pauperis (ECF No. 4).  (ECF No. 8).  Plaintiff's in forma pauperis request having been granted, the Clerk's Office is respectfully directed to issue summons and counsel is directed to serve the complaint and file proof of such service, via ECF, within 90 days of the issuance of summons.

Dated: New York, New York
         May 19, 2020

                                                                     SARAH L. CAVE
                                                                     United States Magistrate Judge