**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
IVETTE CLARKE,

                     Plaintiff,                           20 **CIVIL** 2377 (LGS)

        -against-                                 **JUDGMENT**

ANDREW M. SAUL, COMMISSIONER OF
SOCIAL SECURITY,
                     Defendant.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Order dated June 10, 2021, the Court finds no clear error on the face of the record as to Judge Cave's recommendation. The Report is ADOPTED. Plaintiff's motion is granted. The Commissioner's motion is denied. The Commissioner's decision denying benefits is vacated, and this matter is remanded to the agency for further proceedings; accordingly, the case is closed.

**Dated:**  New York, New York
           June 11, 2021

                                                            **RUBY J. KRAJICK**

                                                             **Clerk of Court**
                           **BY:**    *K. Mango*
                                                               **Deputy Clerk**